**Appeal Dismissed and Memorandum Opinion filed June 6, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00179-CV

## WILLIAM E JOHNSON, Appellant

## V.

## MICHAEL MCSPADDEN, ET AL, Appellees

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-88120**

## MEMORANDUM OPINION

This is an attempted appeal from the January 30, 2019 denials of appellant's motion to proceed in forma pauperis and his motion "requesting leaving to file." A partial clerk's record was ordered so this court could determine its jurisdiction. The record was filed April 22, 2019.

The record reveals that no final judgment has been signed in this pending case. The orders appellant seeks to appeal are interlocutory and not subject to appeal until after a final judgment is rendered. *See Dahdah v. Zabneh*, No. 14-16-00221-CV;

2016 WL 3362503, at *1 (Tex. App.—Houston [14th Dist.] June 16, 2016, no pet.) (mem. op.) (dismissing appeal of interlocutory order sustaining challenge to affidavit of inability to pay costs).

Generally, appeals may be taken only from final judgments. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001). There are no statutory provisions granting the right to appeal the interlocutory order at issue in this case.

On April 25, 2019, we notified the parties that we would dismiss this appeal for lack of jurisdiction unless any party files, by May 10, 2019, a response demonstrating this court's jurisdiction. No response was filed.

The appeal is DISMISSED for lack of jurisdiction. Appellant's "request for judicial notice of non-receipt of judicial order," filed April 9, 2019, is denied as moot.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer